NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE THURMAN J. RODGERS, THOMAS A. LORINCZ, STEVEN J. RUSCONI, RONALD J. REYNOLDS,** AND **PAUL L. LIEBENBERG,**

---

2010-1384

(Serial No. 10/273,695)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**JUDGMENT**

---

LARRY E. HENNEMAN, JR., Henneman & Associates, PLC, of Three Rivers, Michigan, argued for appellants. Of counsel was DARREN M. FRANKLIN, Sheppard Mullin Richter & Hampton LLP, of Los Angeles, California.

THOMAS W. KRAUSE, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor and WILLIAM LAMARCA, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* NEWMAN and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 4, 2011    /s/ Jan Horbaly
Date      Jan Horbaly
       Clerk